The judgment is reversed, and the cause remanded.

---

## DAVIS v. STATE.　(No. 11536.)

Court of Criminal Appeals of Texas.　Feb. 8, 1928.

Criminal law ⚙➡1182—Conviction will be affirmed on appeal, where indictment is regular, and no error is perceived or pointed out in record.

Where indictment is regular, and record on appeal is before Court of Criminal Appeals without statement of facts or bills of exceptions, and no error is perceived or pointed out, conviction will be affirmed.

Appeal from District Court, Hale County; Charles Clements, Judge.

Fred Davis was convicted of murder, and he appeals. Affirmed.

W. W. Kirk and L. D. Griffin, both of Plainview, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is murder; punishment fixed at confinement in the penitentiary for a period of 99 years.

The indictment appears regular. The record is before us without statement of facts or bills of exceptions.

No fundamental error having been perceived or pointed out, the judgment is affirmed.

---

## HUMPHREY v. STATE.　(No. 11554.)

Court of Criminal Appeals of Texas.　Feb. 8, 1928.

Criminal law ⚙➡1090(1)—Where record was before appellate court wtihout statement of facts or bills of exception, nothing was presented for review.

Where record was before Court of Criminal Appeals without statement of facts or bills of exception, nothing was presented for review.

Appeal from District Court, Cass County; Hugh Carney, Judge.

Marble Humphrey was convicted for possessing intoxicating liquor for the purpose of sale, and he appeals. Affirmed.

W. T. Scott, of Atlanta, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for possessing intoxicating liquor for the purpose of sale; punishment being one year in the penitentiary.

The record being before this court without statement of facts or bills of exception, nothing is presented for review.

The judgment is affirmed.